DATE: February 3, 2026

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Thomas Wesley Hollingsworth*
   v. *Commonwealth of Virginia*
   Record No. 1083-24-1
   Opinion rendered by Chief Judge Decker on
   November 11, 2025

2. *Frank Marshall Smith, II*
   v. *Gary Larrowe*
   Record No. 1722-24-3
   Opinion rendered by Judge Athey on
   December 2, 2025

3. *R.T.*
   v. *Commonwealth of Virginia*
   Record No. 1614-24-4
   Opinion rendered by Judge Chaney on
   December 9, 2025

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Pegasystems, Inc.*
   v. *Appian Corporation*
   Record No. 1399-22-4
   Opinion rendered by Judge Friedman
     on July 30, 2024
   Judgment of Court of Appeals affirmed by opinion rendered
     on January 8, 2026
   (240736)

2. *Courtney R. Herbert*
   v. *Guy R. Joubert*
   Record No. 1847-22-4
   Opinion rendered by Judge Chaney
     on February 25, 2025
   Refused (250256)

3. *Jesiah Flowers*
   v. *Commonwealth of Virginia*
   Record No. 0228-24-2
   Opinion rendered by Chief Judge Decker
     on March 18, 2025
   Refused (250356)

4. *Thomas A. Blackstock, Jr.*
   v. *Virginia Department of Transportation*
   Record No. 0343-24-2
   Opinion rendered by Judge Callins
     on March 25, 2025
   Refused (250453)